

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-15-00556-CV

**IN RE** David Allan **EDWARDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On September 3, 2015, relator David Allan Edwards filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 9, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-02-0185-CVA, styled *David Allan Edwards v. County Court of Commissioners of Atascosa County, Texas*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Thomas F. Lee presiding.